WYNNE M. CASTEEL, Respondent, *v.* CLARENCE HODSON & Co., INC., Appellant.

Argued May 23, 1940; decided June 14, 1940.

*Edward K. Hanlon, Milton Weiss* and *Howard A. Cashmore* for appellant.

*Harry Yarm* and *Abraham Porter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., and SEARS, J., on the ground that errors in the charge require a reversal.